Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

                                      Case No.:  20−15787−CMG
                                      Chapter:  7
                                      Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Angelo U. Crocco
    123 McKinley Avenue
    Laurence Harbor, NJ 08879

Social Security No.:
    xxx−xx−5134

Employer's Tax I.D. No.:

---

**FINAL DECREE**


    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Thomas Orr is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>August 7, 2020</u>                       <u>Christine M. Gravelle</u>
                                                  Judge, United States Bankruptcy Court